No. 05–7765.  MURPHY v. HILL, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION.  Ct. App. Ore.  Certiorari denied.

No. 05–7768.  JENKINS v. DRESNICK, JUDGE, CIRCUIT COURT OF FLORIDA, DADE COUNTY, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 05–7771.  DAY-PETRANO v. FLORIDA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 05–7787.  BOYD v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 05–7788.  ALBERT v. JONES-ALBERT.  Ct. App. Minn.  Certiorari denied.

No. 05–7789.  ARMSTRONG v. IOWA.  C. A. 8th Cir.  Certiorari denied.

No. 05–7802.  NAZARINIA v. WASHINGTON MUTUAL BANK, INC.  C. A. 10th Cir.  Certiorari denied.

No. 05–7813.  HINSON v. THOMPSON ET AL.  Ct. App. Tex., 9th Dist.  Certiorari denied.

No. 05–7815.  COLLIER v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist., Div. 2.  Certiorari denied.

No. 05–7817.  CURTO v. EDMONDSON ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 05–7818.  CERNIGLIA v. HUNTER.  C. A. 9th Cir.  Certiorari denied.

No. 05–7820.  GARZA DAIL v. ADAMS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 05–7826.  MASTERMAN v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 05–7830.  FRANKLIN v. OHIO.  Ct. App. Ohio, Montgomery County.  Certiorari denied.

No. 05–7832.  MELTON v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.